UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20707-CIV-COOKE/Goodman

PROFESSIONAL PLAZA CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

vs.

LANDMARK INFRASTRUCTURE HOLDING
COMPANY LLC, et al.,

    Defendants
_____/

## CLERK'S ENTRY OF JUDGMENT

Pursuant to the Court's Order directing Clerk to enter Judgment [DE 63], it is ORDERED AND ADJUDGED that Judge Goodman's Report [ECF No. 61] is ACCEPTED AND ADOPTED. The Court GRANTS in part and DENIES in part Landmark's Motion for Award of Attorneys' Fees, Costs, and Expenses [ECF No. 55]. Landmark shall recover a total fee award of $60,441.50, and $3,041.70 in costs.

DONE AND ORDERED this 2nd day of August 2022 in the Southern District of Florida.

                                              Angela E. Noble
                                              CLERK OF COURT

                                              By: s/Autumn Sandoval
                                              Data Quality Analyst